USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KEVIN MICHAEL BENTLEY, et al.,

       Plaintiffs,

   - against -

ROBERT J. DENNISON, as former Chair,
New York State Division of Parole (the
Division) & in his individual capacity, et al.,

       Defendants.
---------------------------------------------------------------X

11 Civ. 1056 (DAB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  For the reasons stated during the conference in *Betances, et al. v. Brian Fischer, et al.*, No. 11-cv-3200 on January 14, 2020, Defendants shall complete and provide to Plaintiffs by February 25, 2020, (1) all data analysis for each Plaintiff to determine their time of re-incarceration, supervised release, and other data points relevant to the parties' damages assessment, and (2) a counter offer to Plaintiffs' October 17, 2019 settlement demand. The Court will not grant any extensions to this deadline. If there is any doubt as to the relevant data points, the parties shall meet and confer to make sure they have an agreement as to what they are by January 28, 2020. This case remains stayed in all other respects.

         SO ORDERED.

         _____
         ROBERT W. LEHRBURGER
         UNITED STATES MAGISTRATE JUDGE

Dated:  January 15, 2020
     New York, New York

Copies transmitted to all counsel of record.